UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:20-cv-02450-JRS-DML |
| RANRAE, INC., | ) ) ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT and this action is **dismissed with prejudice**. The court shall retain jurisdiction to interpret and enforce the Consent Decree until the expiration date.

Date: 3/25/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Nancy Dean Edmonds
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
nancy.edmonds@eeoc.gov

Robin M. Lybolt
US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
robin.lybolt@eeoc.gov

Marcia A. Mahony
KIGHTLINGER & GRAY, LLP (Indianapolis)
mmahony@k-glaw.com

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court